961 F.2d 1567
 Glade Park East Homeowners Association, Blaney (Eleanor W.),
Claypoole (Edwin W.), Crawford (Daniel), Dobson (Clarence,
Elizabeth, Joseph W., Helen), Earley (James W., Thelma),
Neil (David E., Helen C.), Painter (Paul A., Helen M.),
Stitt (Erma), Valasek (Leo E., Margaret M.)
v.
Central Electric Cooperative, Pennsylvania Public Utility
Commission, West Penn Power Company
 NOS. 91-3716, 91-3718
 United States Court of Appeals,
Third Circuit.
 Apr 03, 1992
 
 1
 Appeal From: W.D.Pa.
 
 
 2
 AFFIRMED.